Submitted on record and briefs August 16, conviction affirmed; remanded for resentencing October 25, 1995

## STATE OF OREGON,
*Respondent,*

*v.*

## DUSTIN EUGENE HARMON,
*Appellant.*

(94C20620; CA A86441)

904 P2d 201

Sally L. Avera, Public Defender, and Ingrid A. Mac-Farlane, Deputy Public Defender, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Riggs and Landau, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals the sentence imposed after he pled guilty to robbery in the first degree, ORS 164.415. He contends that the court erred by not allowing him to collaterally attack the constitutionality of his prior juvenile adjudications in the sentencing process. The state concedes that the court erred. We agree. *State v. Stewart/Billings*, 321 Or 1, 892 P2d 1013 (1995).

Conviction affirmed; remanded for resentencing.